IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JILL WISE, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

v.                      No. 3:21-cv-193-DPM

VITAL LINK INC.                                            DEFENDANT

## ORDER

1.  The Court lifts the stay and grants the parties' joint motion, *Doc. 34*. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith resolution of a *bona fide* wages dispute. And the attorney's fee was negotiated separately, after the parties had settled the wage claims.

2.  For purposes of settlement, the Court converts the conditionally certified collective action into a finally certified group.

> All hourly clinical employees of Vital Link, Inc., who received a top out bonus or extra incentive bonus any time after 15 September 2018.

The Court directs the parties to administer their settlement as contemplated in their agreement. *Doc. 34–3*.

3. The Court will issue Judgment and retain jurisdiction for a time to enforce the settlement.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 March 2023