# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JILL WISE, Individually and on
Behalf of All Others Similarly Situated            PLAINTIFF

v.            No. 3:21-cv-193-DPM

VITAL LINK INC.            DEFENDANT

## JUDGMENT

Wise's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 May 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2023